**Supreme Court**

**In the Matter of Janet A. Mastronardi:**     **No. 2013-71-M.P.**

**O R D E R**

On March 11, 2013, this Court's Chief Disciplinary Counsel filed a Petition for Interim Suspension which avers that the Respondent, Janet A. Mastronardi, a member of the Rhode Island Bar, has engaged in serious professional misconduct.

The Respondent's counsel was served in hand with notice that this Petition would be presented to the Court on March 11, 2013. The Respondent's counsel advised Disciplinary Counsel that the Respondent did not object to the petition and waived her right to appear before the Court. After review of the petition, we deem that an Order of interim suspension is appropriate.

Accordingly, it is ordered, adjudged, and decreed that the Respondent, Janet A. Mastronardi be and she is hereby suspended from engaging in the practice of law in this State until further Order of this Court.

It is further ordered that David D. Curtin, Chief Disciplinary Counsel, be appointed as Special Master to take possession of all Respondent's client files and accounts; to inventory them; and to take whatever steps are necessary to protect the clients' interest. Disciplinary Counsel is further empowered to enter upon Respondent's office premises in order to effectuate this Order.

Entered as an Order of this Court this 11th day of March 2013.

**By Order,**

_____/s/_____
**Clerk**



# RHODE ISLAND SUPREME COURT CLERK'S OFFICE

## *Clerk's Office Order/Opinion Cover Sheet*

**TITLE OF CASE:**      In the Matter of Janet A. Mastronardi.

**CASE NO:**      No. 2013-71-M.P.

**COURT:**      Supreme Court

**DATE ORDER FILED:**      March 11, 2013

**JUSTICES:**      Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**      N/A – Court Order

**JUDGE FROM LOWER COURT**:

    N/A – Court Order

**ATTORNEYS ON APPEAL:**

    For Petitioner:      David Curtin, Esq.
                       Chief Disciplinary Counsel

    For Respondent:   Paul J. Ferns, Esq.